THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. BENJAMIN GORDON, Appellant.

(Argued October 5, 1931; decided November 17, 1931.)

*Leonard J. Obermeier* for appellant.

*Charles B. McLaughlin,* District Attorney (*Sol. Boneparth, Herman J. Fliederblum* and *Israel J. P. Adlerman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.